**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

COMPLETE BUSINESS SERVICES, INC.,
a Michigan corporation, and TIMOTHY WILSON,
an individual,                                                                                Case No.: 09-
                                                                                               Hon.

      Plaintiffs,
v.

HYPERCEL CORPORATION, a California corporation,
d/b/a NAZTECH WIRELESS TECHNOLOGIES,

      Defendant.
_____/
K. Dino Kostopoulos (P57071)
David K. Puro (P70889)
PADILLA KOSTOPOULOS PLLC
1821 W. Maple Rd.
Birmingham, MI 48009
(248) 593-0300
dkostop@pk-legal.com
Attorneys for Complete Business Services, Inc.
_____/

**COMPLAINT AND JURY DEMAND**

Plaintiffs Complete Business Services, Inc. ("CBS") and Timothy Wilson ("Wilson"), by and through their undersigned counsel, and for their complaint against Defendant Hypercel Corporation, d/b/a Naztech Wireless Technologies ("Hypercel") state as follows:

**PARTIES**

1. CBS is a Michigan corporation with its principal place of business located at 1821 W. Maple Rd., Birmingham, MI 48009.

2. Wilson is an individual who resides in Bloomfield Township, Michigan. Wilson is the sole shareholder and chief executive officer of CBS.

3. On information and belief, Defendant Hypercel is, and at all times relevant hereto was, a California corporation with its principal place of business located at 28010 Industry Dr., Valencia, California 91355. Hypercel conducts business throughout the United States, including the Eastern District of Michigan, under its own name and also under the trade name "Naztech Wireless Technologies."

## JURISDICTION AND VENUE

4. This Court has jurisdiction pursuant to 28 U.S.C. §1332 because there is complete diversity and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5. Venue is proper in Eastern District of Michigan pursuant to 28 U.S.C. §1391(a) and (c) because the events or omissions giving rise to the claim occurred in the Eastern District of Michigan and because the parties conduct business activities in the Eastern District of Michigan.

## GENERAL ALLEGATIONS

6. On or about February 1, 2004, Plaintiffs and Hypercel entered into an oral agreement whereby Plaintiffs would, *inter alia,* originate business opportunities and make introductions to potential customers for the solicitation of sales (collectively, the "Services") for Hypercel's wireless products now or in the future manufactured, sold or distributed by Hypercel, Naztech and any affiliated companies (the "Products").

7. In exchange for Plaintiff's performance of the Services, Hypercel agreed to pay Plaintiffs a commission equal to 1.5% of the gross sales of all Products sold by Hypercel (and all other affiliated companies of Hypercel, including Naztech Wireless Technologies) to

customers (collectively, the "Customers") made known to Hypercel or of whom Hypercel learned of, directly or indirectly, from Plaintiffs.

8. On or about July 14, 2006, the parties memorialized their agreement and executed a Fee Agreement (the "Contract"), which had an effective date of February 1, 2004. The Contract is attached is hereto as Exhibit 1.

9. The Contract required Hypercel to pay CBS 1.5% of the gross sales amount for all Products sold by Hypercel to the Customers for life (Exhibit 1 ¶4).

10. As a direct result of Plaintiffs' efforts, Plaintiffs have procured several Customers for Hypercel who, upon information and belief, are still customers of Hypercel and have made substantial purchases of Products from Hypercel.

11. The Customers include Wireless Toyz, Wireless Giant (both of whom have their principal places of business in the Eastern District of Michigan), and Research in Motion, Ltd. ("Blackberry").

12. Hypercel has made sporadic commission payments to Plaintiffs under the parties' agreements.

13. Hypercel ceased making commission payments under the agreements to Plaintiffs in February 2007.

14. Upon information and belief, since February 2007, Hypercel has made, and continues to make, sales of its Products to Wireless Toyz, Wireless Giant and Blackberry.

15. Hypercel has breached the express and/or implied agreements with Plaintiffs by failing to pay Plaintiffs sales commissions on all sales resulting from Plaintiffs' efforts.

## COUNT I
## BREACH OF CONTRACT

16. Plaintiff re-alleges paragraphs 1 through 15 of this Complaint and by reference incorporates them here.

17. On or about July 14, 2006, CBS and Hypercel executed the Contract, which had an effective date of February 1, 2004. (Exhibit 1)

18. Pursuant to the terms of the Contract, CBS was entitled to receive a commission equal to 1.5% of the gross sales of all Products sold by Hypercel (and all other affiliated companies of Hypercel, including Naztech Wireless Technologies) to the Customers.

19. Hypercel breached the Contract by failing to pay CBS all commissions required by the Contract.

20. As a direct result of Hypercel's breach and failure to pay commissions as required by the Contract, Plaintiffs have been deprived of the full and reasonable benefits of the Contract and have suffered damages in excess of $75,000.00, plus costs, interest, and attorney fees.

**WHEREFORE**, Plaintiffs Complete Business Services, Inc. and Timothy Wilson respectfully request a judgment against Defendant Hypercel Corporation d/b/a Naztech Wireless Technologies and any affiliated companies in an amount in excess of $75,000.00, plus costs, interest, and attorney fees.

## COUNT II
## VIOLATION OF MICHIGAN SALES REPRESENTATIVE ACT- MCL 600.2961

21. Plaintiff re-alleges paragraphs 1 through 20 of this Complaint and by reference incorporates them here.

22. Hypercel is a "principal" under MCL §600.2961(1)(d) and sells or distributes products in the State of Michigan. Indeed, the recitals in the Contract expressly state that Hypercel "…manufactures, markets and distributes certain Products……" (emphasis added) (Exhibit A, Recitals).

23. Plaintiffs are sales representatives within the meaning of the Michigan Sales Representative Act. ("MSRA"). MCL §600.2961(e).

24. Plaintiffs contracted with Hypercel for the solicitation of orders or sales of Hypercel's Products for the Customers and were to be paid by commissions.

25. Hypercel has violated MCL §600.2961, the MSRA, by failing to pay commissions to Plaintiffs as required by the parties' agreements and in accordance with the MSRA.

26. As a direct result of Hypercel's breach and failure to pay commissions as required by the parties' agreements pursuant to MCL §600.2961(5) and (6), Hypercel is liable for: (i) 1.5% of all gross sales from Customers in Commissions; (ii) the lesser of two times the commission due or $100,000.00; and (iii) all reasonable attorney's fees and costs.

**WHEREFORE**, Plaintiffs Complete Business Services, Inc. and Timothy Wilson respectfully request a judgment against Defendant Hypercel Corporation d/b/a Naztech Wireless Technologies and any affiliated companies in an amount in excess of $75,000.00, including an additional award of all amounts under MCL §600.2961 which this Honorable Court deems Plaintiffs are entitled, together with costs, interest and attorneys' fees so wrongfully incurred.

## COUNT III
## UNJUST ENRICHMENT/IMPLIED CONTRACT

27. Plaintiff re-alleges paragraphs 1 through 26 of this Complaint and by reference incorporates them here.

28. Hypercel expected to and implicitly indicated through its correspondence, conduct and communication that it would pay Plaintiffs for the Services provided by Plaintiffs.

29. Plaintiffs expected to be paid and compensated for their Services in accordance with the terms of the parties' agreements.

30. Hypercel has received an economic benefit as a result of the Services provided by Plaintiffs.

31. Hypercel has failed and refused to pay Plaintiffs for the economic benefit derived as a result of Plaintiffs' Services.

32. Hypercel's unjust failure to comply with the terms of the parties' agreements with Plaintiffs has resulted in economic damage in excess of $75,000.00.

33. Hypercel would be unjustly enriched to Plaintiffs' detriment by failing to pay commissions to Plaintiffs.

**WHEREFORE**, Plaintiffs Complete Business Services, Inc. and Timothy Wilson respectfully request a judgment against Defendant Hypercel Corporation d/b/a Naztech Wireless Technologies and any affiliated companies in an amount in excess of $75,000.00, plus costs, interest, and attorney fees.

                                                Respectfully submitted,

                                                **PADILLA KOSTOPOULOS, PLLC**

                                                <u>/s/ K. Dino Kostopoulos</u>
                                                K. Dino Kostopoulos (P57071)
                                                Attorney for Plaintiff
                                                1821 W. Maple Rd.
                                                Birmingham, MI 48009
                                                Tel: (248) 593-0300
                                                dkostop@pk-legal.com

Dated:   September 4, 2009

## JURY DEMAND

      Plaintiffs demand a trial by jury on all issues so triable.

                                                Respectfully submitted,

                                                **PADILLA KOSTOPOULOS, PLLC**

                                                <u>/s/ K. Dino Kostopoulos</u>
                                                K. Dino Kostopoulos (P57071)
                                                Attorney for Plaintiff
                                                1821 W. Maple Rd.
                                                Birmingham, MI 48009
                                                Tel: (248) 593-0300
                                                dkostop@pk-legal.com

Dated:   September 4, 2009