UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMPLETE BUSINESS SERVICES,
INC, and TIMOTHY WILSON

       Case No. 09-13518

   Plaintiffs        HONORABLE SEAN F. COX

v.

HYPERCEL CORPORATION d/b/a
NAZTECH WIRELESS
TECHNOLOGIES

   Defendant.
_____/

## ORDER FOR SUPPLEMENTARY BRIEFING

The instant case is scheduled for a hearing before the Court on Thursday, January 28, 2010 on Defendant Hypercel Corporation's "Motion to Dismiss or Transfer Venue" [Doc. No. 4]. Briefs were filed by the parties on November 13, 2009 [Doc. No. 4] and December 1, 2009 [Doc. No. 6], respectively.

The Sixth Circuit recently released an opinion for publication in *Wong v. PartyGaming Ltd.*, - - F.3d - -, 2009 WL 4893955 (6th Cir. Dec. 21, 2009). The Court **ORDERS** both parties to file supplementary briefing on the applicability of *Wong* to the facts of the instant case. Supplementary briefs are due no later than **Thursday, January 14, 2010**, and shall be limited to no more than **five pages** in length.

   **IT IS SO ORDERED**.

       S/Sean F. Cox
       Sean F. Cox
       United States District Judge

Dated: December 29, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMPLETE BUSINESS SERVICES,
INC, and TIMOTHY WILSON

       Plaintiffs

v.

HYPERCEL CORPORATION d/b/a
NAZTECH WIRELESS
TECHNOLOGIES

       Defendant.
_____/

Case No. 09-13518
HONORABLE SEAN F. COX

PROOF OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 29, 2009, by electronic and/or ordinary mail.

       S/Jennifer Hernandez
       Case Manager